### 9126.  PARKS *v.* RHEINBERGER.

WADE, C. J.  There being evidence to authorize the verdict, and no substantial merit in any of the assignments of error, the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed. Jenkins and Luke, JJ., concur.*

DECIDED MARCH 14, 1918.

Certiorari; from Fulton superior court—Judge Pendleton. June 7, 1917.

*James & Bedgood, B. L. Chappell,* for plaintiff in error.